IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN CAMERON and**
**JOSHUA HACKNEY**                                                                             **PLAINTIFF**

**v.**                                     **Case No. 4:18-cv-00271 KGB**

**DILLON TRANSPORTATION, LLC and**
**JEFFERY THOMPSON**                                                                    **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 23). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice with each party to bear its own fees and costs.

It is so ordered this 16th day of October, 2020.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge